IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE MORRISON,

     Plaintiff,                    No. CIV S-06-2557 FCD EFB P

     vs.

TOM CAREY, et al.,

     Defendants.           ORDER

_____/

     Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On December 12, 2006, the court admonished plaintiff that his application to proceed *in forma pauperis* was deficient and directed him to submit a completed application within 30 days. Plaintiff did not do so, however, on March 1, 2007, plaintiff filed a change of address with the court. Good cause appearing, plaintiff will be given a further opportunity to submit his application to proceed *in forma pauperis*.

     Accordingly, IT IS HEREBY ORDERED that plaintiff is granted a period of 30 days from the date this order is served in which to file a completed application to proceed *in forma*

////

////

////

1

1    *pauperis*. The Clerk of the Court is directed to reserve the court's December 12, 2006, order on
2    plaintiff at his new address, together with another copy of the *in forma pauperis* application.
3    Dated:  November 5, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE