IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE MORRISON,

      Plaintiff,                    No. CIV S-06-2557 FCD EFB P

    vs.

TOM CAREY, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff is a state prisoner without counsel prosecuting a civil rights action. *See* 42 U.S.C. § 1983. On February 11, 2008, the court found that plaintiff's complaint stated a claim against defendants Lozano and Ballesteros but did not state a claim against defendants Carey, Hill, or Sandy. The court gave plaintiff the option of proceeding against defendants Lozano and Ballesteros or filing an amended complaint to state claims against the other defendants as well. On February 22, 2008, plaintiff filed a first-amended complaint that is responsive to the earlier order. The court finds that, for the limited purposes of § 1915A screening, the amended complaint states cognizable claims for relief against all defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

////

////

Accordingly, it hereby is ordered that:

1. Service is appropriate for defendants Carey, Hill, Sandy, Lozano, and Ballesteros.

2. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and one copy of the February 22, 2008, pleading.

3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and six copies of the endorsed February 22, 2008, pleading.

4. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Carey, Hill, Sandy, Lozano, and Ballesteros pursuant to Federal Rule of Civil Procedure 4 without payment of costs.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: May 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE MORRISON,

   Plaintiff,      No. CIV S-06-2557 FCD EFB P

 vs.

TOM CAREY, et al,

   Defendants.     <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

  Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

   __1__  completed summons form

   _____  completed forms USM-285

   _____  copies of the _____
             First Amended Complaint

Dated:

           _____
             Plaintiff