1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CURTIS LEE MORRISON,

11        Plaintiff,                   No. CIV S-06-2557 FCD EFB P

12        vs.

13   TOM CAREY, et al.,                ORDER

14        Defendants.

15   _____/

16        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42

17   U.S.C. § 1983.  On August 11, 2008, defendants requested an extension of time in which to file a

18   response to plaintiff's first amended complaint. *See* Fed. R. Civ. P. 6(b).  On August 22, 2008,

19   plaintiff opposed this request.

20        Defendants' request is granted and the court deems both the September 12, 2008, motion

21   to dismiss and the September 12, 2008, answer to be timely filed.  The court will rule on the

22   motion to dismiss in due course.

23   DATED:   October 8, 2008.

24                                    _____
                                      EDMUND F. BRENNAN
25                                    UNITED STATES MAGISTRATE JUDGE

26