IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE MORRISON,

        Plaintiff,                    No. CIV S-06-2557 FCD EFB P

    vs.

TOM CAREY, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

        Plaintiff has also requested summary judgment in this action. Plaintiff's request is premature as discovery has just commenced, and pending before the court is defendants' motion to dismiss. Additionally, plaintiff's motion is deficient in that it does not comply with Local Rule 56-260(a), which requires that each motion for summary judgment be accompanied by a

1

1  "Statement of Undisputed Facts" and by all evidentiary documents cited in the moving papers.
2  L.R. 56-260(a).
3      Accordingly, IT IS HEREBY ORDERED that:
4      1. Plaintiff's February 22, 2008 request for appointment of counsel is DENIED; and
5      2. Plaintiff's August 22, 2008 request for summary judgment is DENIED without
6  prejudice as premature and not in compliance with Local Rule 56-260(a).
7  DATED: November 17, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2