IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE MORRISON,

    Plaintiff,                      No. CIV S-06-2557 FCD EFB P

    vs.

THOMAS CAREY, et al.,

    Defendants.                 <u>ORDER</u>

_____/

On December 16, 2008, plaintiff filed interrogatories and a request for production of documents.

Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c), 36-250(c).

Plaintiff's December 16, 2008 interrogatories and request for production of documents are stricken and the Clerk of the Court shall make a notation on the docket to that effect.

So ordered.

DATED: December 23, 2008.

                                                  EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE