IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE MORRISON,

    Plaintiff,                         No. CIV S-06-2557 FCD EFB P

    vs.

THOMAS CAREY, et al.,

    Defendants.                      <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 12, 2009, defendants Carey and Ballesteros moved to stay discovery against them in light of their pending motion to dismiss, filed September 12, 2008. Defendants argue that their motion to dismiss may dispose of all claims against defendant Carey and may limit the claims against defendant Ballesteros, therefore affecting the scope of discovery. Good cause appearing, the court hereby ORDERS that discovery is STAYED as to defendants Carey and Ballesteros. Upon resolution of their motion to dismiss, the court will issue a modified discovery and scheduling order.

DATED: March 5, 2009.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE