IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE MORRISON,

    Plaintiff,               No. CIV S-06-2557 FCD EFB P

    vs.

THOMAS CAREY, et al.,

    Defendants.         ORDER

/

On January 15, 2009, plaintiff filed a response to defendants' request for admissions, a response to defendants' request for interrogatories, and a reply to defendants' request for production of documents.

Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

Plaintiff's January 15, 2009 responses and reply are stricken and the Clerk of the Court shall make a notation on the docket to that effect.

DATED: April 13, 2009.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE