IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE MORRISON,

        Plaintiff,                    No. CIV S-06-2557 FCD EFB P

    vs.

THOMAS CAREY, et al.,

        Defendants.             ORDER

       The Court, having considered Defendants Sandy, Hill, and Lozano's request to modify the Scheduling Order to grant an extension of time to file a motion for summary judgment, and good cause having been found, it is hereby ORDERED that the dispositive motion deadline set forth in the Court's October 17, 2008 Scheduling Order is stayed pending resolution of Defendants Carey and Ballesteros' motion to dismiss. The Court will issue a new Scheduling Order after resolution of Defendants Carey and Ballesteros' motion to dismiss.

Dated: April 23, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE