IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE MORRISON,

     Plaintiff,                      No. CIV S-06-2557 FCD EFB P

     vs.

THOMAS CAREY, et al.,

     Defendants.                <u>AMENDED ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 5, 2009, the court stayed discovery as to defendants Carey and Ballesteros pending resolution of their motion to dismiss. Dckt. No. 44. On April 23, 2009, the court also stayed the dispositive motion deadline pending resolution of the motion. Dckt. No. 47. As the motion is now resolved, the court modifies the October 17, 2008 discovery and scheduling order as follows:

     1. Plaintiff and defendant Ballesteros may conduct discovery until October 15, 2010. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than August 20, 2010.

////

2. All pretrial motions, except motions to compel discovery, shall be filed on or before January 14, 2011.  Motions shall be briefed in accordance with paragraph 7 of the order filed June 11, 2008.

3. The court will schedule pretrial proceedings, if necessary, upon the resolution of any pretrial motions filed. Requests to modify this schedule will be looked upon with disfavor and must be supported by good cause pursuant to Fed. R. Civ. P. 16(b).

So ordered.

DATED:  July 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE